# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Civil Action No. 10-cv-4885 |
| v. | Honorable Judge ___ |
| THOMAS P. FLANAGAN, AND PATRICK T. FLANAGAN, | |
| Defendants. | |

## MOTION FOR ENTRY OF FINAL JUDGMENTS
## AGAINST THOMAS P. FLANAGAN AND PATRICK T. FLANAGAN

Plaintiff, the Securities and Exchange Commission ("SEC"), pursuant to Federal Rule of Civil Procedure 7(b)(1), files this motion for entry of Final Judgments against defendants Thomas P. Flanagan and Patrick T. Flanagan ("Motion"). In support of its Motion, the SEC states the following:

1. On August 4, 2010, the SEC filed a complaint against the Defendants alleging violations of the Federal Securities laws.

2. The Defendants have agreed to settle the matter.

3. Defendant Thomas P. Flanagan has consented to the entry of a Final Judgment without admitting or denying the allegations against him. Accordingly, Defendant Thomas P. Flanagan has executed a Consent of Defendant Thomas P. Flanagan ("Consent"). The Consent and the proposed Final Judgment as to Thomas P. Flanagan is attached to this Motion as Exhibit 1.

4. Defendant Patrick T. Flanagan has consented to the entry of a Final Judgment without admitting or denying the allegations against him. Accordingly, Defendant Patrick T. Flanagan has executed a Consent of Defendant Patrick T. Flanagan ("Consent"). The Consent and the proposed Final Judgment as to Patrick T. Flanagan is attached to this Motion as Exhibit 2.

For the foregoing reasons, the SEC requests that the Court grant this Motion and enter the proposed orders of Final Judgment.

Respectfully submitted,

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

/s/ James G. O'Keefe
By: An Attorney for Plaintiff

James G. O'Keefe (IL Bar No. 6293490)
Attorney for Plaintiff
**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
175 West Jackson Boulevard, Suite 900
Chicago, Illinois 60604
Telephone: (312) 886-2239
Facsimile: (312) 353-7398
Email: OkeefeJ@sec.gov

Dated: August 4, 2010